**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2024

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #32. SO ORDERED.

March 11, 2024

Re:   **United States v. Robert Adams**, 23 Cr. 518 (JMF)

Dear Judge Furman:

I write, without objection from the Government or Pretrial Services, to request a modification of Mr. Adams' bail conditions to permit him to travel to Baltimore, Maryland from March 22 through March 24, 2024 for his cousin's birthday. Mr. Adams' current release conditions restrict his travel to the Southern and Eastern Districts of New York. Mr. Adams is in full compliance with his conditions of release.

As noted, the Government and Pretrial Services do not object to this request. Thank you for considering it.

Respectfully submitted,

*/s/ Ariel Werner*

———————————————
Ariel Werner, Esq.
Federal Defenders of New York
Tel: 212-417-8770

cc:   AUSA Jaclyn Delligatti