# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2024

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #37. SO ORDERED.**

**April 16, 2024**

<u>Via ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Robert Adams</u>, 23 Cr. 518 (JMF)

Dear Judge Furman:

I write to request a modification of Mr. Adams' bail conditions to permit him to travel to Baltimore, Maryland to visit family during his son's spring break, from April 25 to 28, 2024. Pretrial Services has no objection to this request, and the Government defers to Pretrial Services. Mr. Adams' current release conditions restrict his travel to the Southern and Eastern Districts of New York. Mr. Adams is in full compliance with his conditions of release.

As noted, the Government and Pretrial Services do not object to this request. We thank the Court for considering it.

Respectfully submitted,

Ariel Werner, Esq.
Federal Defenders of New York
Tel: 212-417-8770

CC:   AUSA Jaclyn Delligatti